UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ANTHONY GRANT,

    Petitioner,

v.                                     Case No.  5:14cv29/LC/CJK

WARDEN FEDERAL
CORRECTIONAL INSTITUTION,

    Respondent.
_____/

## ORDER

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 9, 2014 (doc. 15).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of the timely filed objections.

    Having considered the Report and Recommendation, and the objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.  The petition for writ of habeas corpus (doc. 1) is GRANTED and petitioner's sentence is VACATED, pending resentencing.

3.  The matter is remitted to the United States District Court for the District of South Carolina for further proceedings before the sentencing court.

4.  The clerk is directed to close the file.

**DONE AND ORDERED** this 28th day of July, 2014.

                                        *s/L.A. Collier*
                                        **LACEY A. COLLIER**
                                        **SENIOR UNITED STATES DISTRICT JUDGE**